◎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MA

| UNITED STATES | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| AMARO MILLAN, ORLANDO ALICEA | Case Number: 05-1620-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>RUE | DEFENDANT'S ATTORNEY<br>FERNANDEZ, ENTINE |
|---|---|---|
| TRIAL DATE (S)<br>1/18/2005 | COURT REPORTER<br>3:27 P | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 1/18/2005 | | | Derek Dunn |
| | | 1/18/2005 | | | Margarita C. Brito |
| | | 1/18/2005 | | | Edwin Alicea |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 1/18/2005 | X | X | Affidavit in support of complaint |
| 2 | | 1/18/2005 | X | X | Still Frames of Video Tape taken on 1/14/2005–Alicea dragging drugs into bathroom |
| 3 | | 1/18/2005 | X | X | Still Frames of Video Tape taken on 1/14/2005--Alicea exiting bathroom |
| 4 | | 1/18/2005 | X | X | Still Frames of Video Tape taken on 1/14/2005--Alicea putting toolbox in car |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages