

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

January 25, 2005

Lisa Roland, Courtroom Clerk
Hon. Charles B. Swartwood III
J. Jos. Moakley U.S. Courthouse
Boston, MA 02210

    Re: <u>US v. Millan and Alicea, MJ No. 05-1620-CBS</u>

Dear Ms. Roland:

    On behalf of the government in the above-captioned matter, we request that you order the transcript of the detention and probable cause hearing and argument on January 18, 2005 and January 21, 2005.

    Thank you.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

              By:    /s/ Nancy Rue
                    Nancy Rue
                    Assistant U.S. Attorney